M.D. Appeal Dkt.

# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| RYAN FELL MORTIMER, | : | No. 19 MAL 2020 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| | : | |
| MICHAEL ANDREW MCCOOL, RAYMOND | : | |
| CHRISTIAN MCCOOL, ESTATE OF | : | |
| RAYMOND R. MCCOOL AND MCCOOL | : | |
| PROPERTIES, LLC, | : | |
| | : | |
| Respondents | : | |
| RYAN FELL MORTIMER, | : | No. 20 MAL 2020 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| | : | |
| 340 ASSOCIATES, LLC AND MCCOOL | : | |
| PROPERTIES, LLC, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 22nd day of June, 2020, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by petitioner, is:

Whether, in this matter of first impression, the Supreme Court should adopt the "enterprise theory" or "single entity" theory of piercing the corporate veil to prevent injustice when two or more sister companies operate as a single corporate combine?